■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANFORD HARRIS, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica State Prison, Respondent.— Judgment unanimously affirmed. Memorandum: We agree with the conclusions reached by Wyoming County Court in this proceeding. The

facts distinguish this case from our holding in *People ex rel. Combs* v. *La Vallee* (29 A D 2d 128). We do not reach or pass upon the effect, if any, that the recent amendment (L. 1968, ch. 203) may have had upon the conclusion reached in *Combs* (*supra*). (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Marsh, Witmer, Moule and Bastow, JJ.